BRYAN P. COYLE v. NEW JERSEY STATE PAROLE BOARD.

January 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKY GALLOWAY.

January 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES LONZO.

January 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID HEYBOER.

January 24, 1983.

Petition for certification denied.